| | |
|---|---|
| Parcel no: | 003354199 |
| Legal desc. | N/A |
| Land use | N/A |
| Sale Price | N/A |
| Sale Date | N/A |
| Owner Name | Kiley John D T |
| Owner Address | 357 Manning ST Needham, MA 02492 |
| Improvement value | 0 |
| Land value | 0 |
| Total value | 0 |
| Year Built | 1899 |
| Tax amount | 0 |
| Tax Year | 0 |
| Number of bedrooms | 0 |
| Number of full baths | 0 |
| Heating | None |
| Fireplace | None |
| Garage | None |
| Sewer | None |
| Carrier code | C006 |
| Building code | N/A |
| Quality | None |
| Square footage | 3573 |
| Acres | 0.0257 |

77 Charles St Boston MA

**4**   **94 Curtis Rd**
**Bridgewater, CT 06752**
PROPERTY DETAILS

| | |
|---|---|
| Parcel no: | 000799488 |
| Legal desc. | N/A |
| Land use | N/A |
| Sale Price | N/A |
| Sale Date | N/A |
| Owner Name | Stewart-gordon F<br>Stewart-gordon Brann H |
| Owner Address | 94 Curtis RD Bridgewater, CT 06752 |
| Improvement value | 0 |
| Land value | 0 |
| Total value | 0 |
| Year Built | 0 |
| Tax amount | 18063 |
| Tax Year | 2012 |
| Number of bedrooms | 0 |
| Number of full baths | 0 |
| Heating | None |
| Fireplace | None |
| Garage | None |
| Sewer | None |
| Carrier code | R002 |
| Building code | N/A |
| Quality | None |
| Square footage | 0 |
| Acres | 7.28 |

## POSSIBLE NEIGHBORS

Results in this section contain neighboring addresses around where Benjamin Claudios Schwarz has lived. When available, results include street address and phone number. Additional information may be obtained by clicking on each address.

**1**  **Possible Neighbors for Santa Monica, CA 90401**
No neighbors available

**2**  **Possible Neighbors for Los Angeles, CA 90012**
No neighbors available

**3**  **Possible Neighbors for Boston, MA 02114**

1. 107 Curtis Rd
   Bridgewater, CT 6752

2. 107 Curtis Rd
   Bridgewater, CT 6752

3. 144 Curtis Rd
   Bridgewater, CT 6752

4. 29 Curtis Rd
   Bridgewater, CT 6752

5. 43 Curtis Rd
   Bridgewater, CT 6752

6. 51 Curtis Rd
   Bridgewater, CT 6752

7. 52 Curtis Rd
   Bridgewater, CT 6752

8. 75 Curtis Rd
   Bridgewater, CT 6752

9. 144 Curtis Rd
   Bridgewater, CT 6752

10. 126 N Washington St
    Boston, MA 2114

11. 129 N Washington St
    Boston, MA 2114

**4**  **Possible Neighbors for Bridgewater, CT 06752**

1. 107 Curtis Rd
   Bridgewater, CT 6752

2. 107 Curtis Rd
   Bridgewater, CT 6752

3. 144 Curtis Rd
   Bridgewater, CT 6752

4. 29 Curtis Rd
   Bridgewater, CT 6752

5. 43 Curtis Rd
   Bridgewater, CT 6752

6. 51 Curtis Rd
   Bridgewater, CT 6752

7. 52 Curtis Rd
   Bridgewater, CT 6752

8. 75 Curtis Rd
   Bridgewater, CT 6752

9. 144 Curtis Rd
   Bridgewater, CT 6752

## POSSIBLE ASSOCIATES (1 record for Benjamin Claudios Schwarz)

Results in this section contain list of people who are possibly associated with Benjamin Claudios Schwarz. The list of associates could include relatives, friends, roommates and colleagues.

**1**   **Daniel Mitchell Schwarz, 51**
MORE DETAILS
Addresses
1. 160 Gordonhurst AVE Montclair, NJ 07043-1760;
2. 652 S Sweetzer AVE Los Angeles, CA 90048;
3. 35 College AVE Montclair, NJ 07043-1616;
4. 819 Montgomery AVE Bryn Mawr, PA 19010-3531;

## POSSIBLE RELATIVES (1 relatives found for Benjamin Claudios Schwarz)

Results in this section list possible relatives, roommates and individuals who were reported to live with Benjamin Claudios Schwarz at one or more of his/her addresses. In addition we have included relatives associated with those who lived with Benjamin Claudios Schwarz.

**1**   **Christina Meyer Schwarz**
MORE DETAILS
Addresses
1. 160 Gordonhurst AVE Montclair, NJ 07043-1786;
2. 48 High ST Exeter, NH 03833-2920;
3. 2825 Broadway Santa Monica, CA 90404-3102;
4. 652 S Sweetzer AVE Los Angeles, CA 90048-4624;
5. 16169 Sunset Bl Pacific Palisades, CA 90272-3432;
6. 288 Bridge ST South Hamilton, MA 01982-1406;
7. 1611 Fletcher AVE South Pasadena, CA 91030-4803;
8. 28 BRG South Hamilton, MA 01982-1402;
9. 44 W 11th ST New York, NY 10011;
**Possible Relatives For Christina Meyer Schwarz**
1. Benjamin Claudios Schwarz
2. Daniel M Schwarz
3. Ann G Schwarz

**2**   **Ann G Schwarz**
MORE DETAILS
Addresses
1. 652 S Sweetzer AVE Los Angeles, CA 90048;
**Possible Relatives For Ann G Schwarz**
1. Christina Meyer Schwarz
2. Benjamin Claudios Schwarz
3. Daniel Mitchell Schwarz

## MARRIAGE INDEX (1 results found for Benjamin Claudios Schwarz)

The marriage records reference all people who were married that match the name you searched. Multiple marriage records does not necessarily mean the person had multiple marriages. The records may pertain to different people with the same name.

**1**   **Record Details**
Location                    MN
Filing Number               30A8063
Filing Date                 N/A
                            Benjamin D Schwarz
                            Susanna K Tourangeau

**DIVORCE INDEX** (1 results found for Benjamin Claudios Schwarz)

The divorce records reference all people who were divorced that match the name you searched. Multiple divorce records does not necessarily mean the person divorced multiple times. The records may pertain to different people with the same name.

1   **Record Details**
    Location                MN
    Filing Number       FX01012499
    Filing Date          N/A
                       Benjamin D Schwarz
                       Susanna T Schwarz

**BANKRUPTCY** (0 records found for Benjamin Claudios Schwarz)

This section includes bankruptcy records related to the individual including both personal and business filings from all US bankruptcy district courts in 50 states, the District of Columbia, Guam and Puerto Rico.

**No bankruptcy records were found for Benjamin Claudios Schwarz**

**LIENS AND JUDGMENTS** (0 records found for Benjamin Claudios Schwarz)

This section lists Tax Liens and Small Claims Civil Judgments associated with N/A. Results will vary from state to state but may include debtor name and address, creditor name, case number, filing date, amount, book/page, filing type, release date, original case number, and serial/certification number.

**No civil records were found for Benjamin Claudios Schwarz**

**STATEWIDE CRIMINAL SEARCH** (0 records found for Benjamin Claudios Schwarz)

Information in this report is derived solely from public records which in some cases might not be 100% accurate. Please examine the results carefully. Criminal Records for Benjamin Claudios Schwarz were searched for the following states: California.

There were no criminal records found.

**California**                    Clear - Search completed. No Criminal records found for this state.

Thank you for choosing US Search as your trusted information provider. Please take a moment to review our Permissible Use and Disclaimer Notices. If you have any questions regarding your search results contact us.

# Advanced Background Check Report for Christina Meyer Schwarz

Your report for Christina Meyer Schwarz contains:

| Full Name & Aliases | Possible Associates | Marriage & Divorce |
|---|---|---|
| Age | Possible Relatives | Criminal Search |
| Contact Information | Bankruptcy | |
| Address History | Liens & Judgments | |

## Christina Meyer Schwarz, 51

Search ID# 88248491

C Schwarz

## CONTACT INFORMATION

Results in this section list publically available phone numbers for, or related to, Christina Meyer Schwarz. Sometimes phone numbers are registered to another member of a household such as a spouse or a roommate. Results include "Related" phone contacts for the individual if available. In the event of no direct listing of phone number for the individual, you may be able to contact him/her through the alternative contacts.

**Results For Christina Meyer Schwarz**

**Christina Meyer Schwarz**
160 Gordonhurst Ave
Montclair, NJ 07043-1786

## ADDRESS HISTORY (9 addresses associated with Christina Meyer Schwarz)

This section lists historical addresses associated with an individual from public records. In most cases the current address is the first or second reported address, however occasionally it appears elsewhere in the list.



| | Address | Phone Number |
|---|---|---|
| 1 | **160 Gordonhurst AVE**<br>Montclair, NJ 07043-1786 | |
| 2 | **48 High ST**<br>Exeter, NH 03833-2920 | (603) 772-3217 |
| 3 | **2825 Broadway**<br>Santa Monica, CA 90404-3102 | |
| 4 | **652 S Sweetzer AVE**<br>Los Angeles, CA 90048-4624 | (213) 651-4030 |
| 5 | **16169 Sunset Bl**<br>Pacific Palisades, CA 90272-3432 | |
| 6 | **288 Bridge ST**<br>South Hamilton, MA 01982-1406 | |
| 7 | **1611 Fletcher AVE**<br>South Pasadena, CA 91030-4803 | |
| 8 | **28 BRG**<br>South Hamilton, MA 01982-1402 | |
| 9 | **44 W 11th ST**<br>New York, NY 10011 | |

**POSSIBLE ASSOCIATES** (1 record for Christina Meyer Schwarz)

Results in this section contain list of people who are possibly associated with Christina Meyer Schwarz. The list of associates could include relatives, friends, roommates and colleagues.

1    **Daniel M Schwarz, 51**

**POSSIBLE RELATIVES** (1 relatives found for Christina Meyer Schwarz)

Results in this section list possible relatives, roommates and individuals who were reported to live with Christina Meyer Schwarz at one or more of his/her addresses. In addition we have included relatives associated with those who lived with Christina Meyer Schwarz.

1    **Benjamin Claudios Schwarz**
     MORE DETAILS
     **Addresses**
     1. 160 Gordonhurst AVE Montclair, NJ 07043-1786;
     2. 48 High ST Exeter, NH 03833-2920;
     3. 2825 Broadway Santa Monica, CA 90404-3102;
     4. 44 W 11th ST New York, NY 10011-8778;
     5. 1700 Main ST Santa Monica, CA 90401;
     6. 652 S Sweetzer AVE Los Angeles, CA 90048-4624;
     7. 1611 Fletcher AVE South Pasadena, CA 91030-4803;
     8. 288 Bridge ST South Hamilton, MA 01982-1406;
     9. 94 Curtis RD Bridgewater, CT 06752;
     10. 77 N Washington ST Boston, MA 02114;
     11. 202 W 1st ST Los Angeles, CA 90012;
     **Possible Relatives For Benjamin Claudios Schwarz**
     1. Christina Meyer Schwarz
     2. Daniel Mitchell Schwarz
     3. Ann G Schwarz

2    **Ann G Schwarz**
     MORE DETAILS
     **Addresses**
     1. 652 S Sweetzer AVE Los Angeles, CA 90048;
     **Possible Relatives For Ann G Schwarz**
     1. Christina Meyer Schwarz
     2. Benjamin Claudios Schwarz
     3. Daniel Mitchell Schwarz

**MARRIAGE INDEX** (5 results found for Christina Meyer Schwarz)

The marriage records reference all people who were married that match the name you searched. Multiple marriage records does not necessarily mean the person had multiple marriages. The records may pertain to different people with the same name.

**1**   **Record Details**

| | |
|---|---|
| Location | FL |
| Filing Number | 29599056924 |
| Filing Date | N/A |
| | Christina Denise Schwarz |
| | Robin Arce |

**2**   **Record Details**

| | |
|---|---|
| Location | MN |
| Filing Number | 30A19434 |
| Filing Date | N/A |
| | Christina L Schwarz |
| | Eric M Roheen |

**3**   **Record Details**

| | |
|---|---|
| Location | NV |
| Filing Number | 019279 |
| Filing Date | N/A |
| | Christina Louise Schwarz |
| | Charles Briles |

**4**   **Record Details**

| | |
|---|---|
| Location | NV |
| Filing Number | 485955 |
| Filing Date | N/A |
| | Christina Elisabe Schwarz |
| | Martin Herbert Senger |

**5**   **Record Details**

| | |
|---|---|
| Location | TX |
| Filing Number | 016481 |
| Filing Date | N/A |
| | Christina Schwarz |
| | John E Zacovic |

**DIVORCE INDEX** (0 results found for Christina Meyer Schwarz)

The divorce records reference all people who were divorced that match the name you searched. Multiple divorce records does not necessarily mean the person divorced multiple times. The records may pertain to different people with the same name.

**No divorce records were found for Christina Meyer Schwarz**

**BANKRUPTCY** (0 records found for Christina Meyer Schwarz)

This section includes bankruptcy records related to the individual including both personal and business filings from all US bankruptcy district courts in 50 states, the District of Columbia, Guam and Puerto Rico.

**No bankruptcy records were found for Christina Meyer Schwarz**

**LIENS AND JUDGMENTS** (0 records found for Christina Meyer Schwarz)

This section lists Tax Liens and Small Claims Civil Judgments associated with N/A. Results will vary from state to state but may include debtor name and address, creditor name, case number, filing date, amount, book/page, filing type, release date, original case number, and serial/certification number.

**No civil records were found for Christina Meyer Schwarz**

**STATEWIDE CRIMINAL SEARCH** (0 records found for Christina Meyer Schwarz)

Information in this report is derived solely from public records which in some cases might not be 100% accurate. Please examine the results carefully. Criminal Records for Christina Meyer Schwarz were searched for the following states: New Jersey.

There were no criminal records found.

**New Jersey**                         Clear - Search completed. No Criminal records found for this state.

Thank you for choosing US Search as your trusted information provider. Please take a moment to review our Permissible Use and Disclaimer Notices. If you have any questions regarding your search results contact us.

**20**

# Benjamin Schwarz

From Wikipedia, the free encyclopedia

**Benjamin Schwarz** (born October 20, 1963[1]) is an American editor and writer. From 2000 to 2013 he was literary and national editor of the American monthly magazine *The Atlantic*.[2] He is currently consulting editor at large at Yale University Press[3]and the national editor of The American Conservative magazine.[4] He has written articles, essays, and reviews (http://benjaminschwarz.org) on an array of subjects—from fashion to the American South, from current fiction to the archaeology, from national security to architecture, from the history of slavery to the history of childhood, and from international economics to Hollywood.

Schwarz ran, and wrote a regular column for, the *Atlantic*'s Books and Critics department, which under his editorship expanded its coverage to include popular culture and manners and mores, as well as books and ideas. The *Los Angeles Times* wrote that Schwarz had "reshaped the venerable magazine's book section into the shrewdest, best-written and most surprising cultural report currently on offer between slick covers."[5] The writers he recruited to the Books section included Perry Anderson, Caitlin Flanagan, Sandra Tsing Loh, Christopher Hitchens, Cristina Nehring, Joseph O'Neill, Terry Castle, Clive James, and B. R. Myers. Articles in Schwarz's section were National Magazine Award finalists or winners in the Criticism category from 2000 to 2009.[6] The *Columbia Journalism Review* described Schwarz as "the magazine's in-house intellectual."[7]

Before joining the *Atlantic*'s staff, Schwarz was a national correspondent for the magazine. From 1995 to 2000 wrote a series of provocative essays and reported articles that argued for a far more diminished global role for the United States.[8][9] He also wrote a series of pieces on historical and literary subjects. From 1995 to 1998 Schwarz was the executive editor of *World Policy Journal*, where his chief mission was to bolster the coverage of cultural issues, international economics, and military affairs. For several years he was a foreign policy analyst at the RAND Corporation, where he researched and wrote on American global strategy, counterinsurgency, counterterrorism, and military doctrine. At RAND Schwarz wrote a widely cited and highly critical assessment of American counterinsurgency doctrine and practice.[10] Schwarz was also a staff member of the Brookings Institution.

He holds a B.A. and an M.A. in history from Yale, where he held the Woodrow Wilson National Fellowship Foundation's Mellon Fellowship in the Humanities. Schwarz was a Fulbright scholar at Magdalen College, Oxford.[1][2]

In 1999 Schwarz won the Nona Balakian Citation for Excellence in Reviewing from the National Book Critics Circle.[11] He is writing a biography of Winston Churchill, to be published by Random House, [12]

# References

1. *The Magdalen College Register*. 1997. p. 342.
2. "Benjamin Schwarz Out at the Atlantic" (http://www.mhpbooks.com/benjamin-schwarz-out-at-the-atlantic/). *Melville House Publishing*. Retrieved 22 April 2013.

**21**



---

## 85 East End, 11E

---

**Elana Wolloch** <Elana.Wolloch@fsresidential.com>                    Mon, Apr 20, 2015 at 11:36 AM
To: "ckapur10@gmail.com" <ckapur10@gmail.com>

Hi Chetan,


I hope all is well. I am checking in because we have not received April rent. You currently have a balance of $6,800, not including May rent charge. In general it is our policy to send accounts that are 2 months behind in rent behind to legal. I need payment in full of $6,800 by the end of April in order to keep your account from being sent to legal. Thank you



**Elana Wolloch**
Assistant Property Manager

**FirstService Residential**
622 3rd Avenue, 15th Floor | New York, NY 10017
Tel 212.324.9046 | Fax 646.786.7173
**24/7 Customer Care: 212.634.8911**
Email elana.wolloch@fsresidential.com

**www.fsresidential.com**
Follow us on | Facebook | Twitter | LinkedIn | You Tube

specifically requested an asset protection structure we would do as instructed but that did not make the incorporating law firm or trust company an "asset protection company" ).

Typically, the structure (with bank/brokerage setup) was created in our/my name ("MAP Phase 1") and transferred to the client (the directorship, ownership or equivalent would be transferred) ("MAP Phase 2"). Once the structure was transferred, the client would fund the account ("MAP Phase 3"). If there was a mandate to do a managed account, we would proceed to manage the funds (and provide any administrative services as instructed) ("MAP Phase 4"). While the above process was standard (with clients wanting to be serviced so as to eliminate the inconveniences of procedural setup), things were always customized on a case by case basis.

I will also note as part of this background that ThinkStrategy corresponded or dealt with hundreds of sophisticated counterparties (institutional investors, qualified retail investors, institutional and retail advisors or their clients, MAP clients, potential clients and/or each of the their one to many entities), and hundreds of service providers (between our Management Company/Funds/MAP service providers, and underlying sub-funds service providers for the fund-of-funds products).

5.      The SEC's argument that I have purposefully sought to insulate my assets from Court's reach and that I have created an elaborate system to provide the appearance of insolvency is simply false. The truth of the matter is that I went insolvent due to the 3 years during which ThinkStrategy received no fees from its core fund, and covered all the operating

and infrastructure expenses of the Funds and the Firm – depleting all company resources and

placing me in debt. My former attorney provided a detailed report based on bank statements of

this 'Benefit to Investor Analysis' to this Court (even though the attorney was presenting a worst

case scenario to show disgorgement at its worst taking the SEC 'claims' as a given, the results

were nonetheless a very significant net benefit to investors).  Very significant operating and

business expenses for the Funds and Firm were in fact expended over a 3 year period depleting

the firms resources and placing me in debt. Expenses that would otherwise have been charged to

the Funds by any liquidator.  I did do everything I could for the firm's investors during the worst

financial and banking crisis in US history since 1929, including work on a no fee voluntary basis

for 3 years (which is something I believe most other managers would never have done).  Further,

the SEC theory that I exercise control over any entity, either domestically or internationally, is

false. The SEC's theory that I began actively searching for an off-shore asset protection scheme

to hinder creditors after the Motion to Dismiss on the Schwarz case was denied in March 2010 is

false. The MAP had several other structuring projects prior to this date (as can be seen by the

Plaintiff's own exhibits). The truth of the matter is that ThinkStrategy did not have any

meaningful assets left by that point to protect, and what was left was utilized to continue to pay

for operating and infrastructure costs of the Funds. Last, as a matter already on record, the SEC

had knowingly used partial or contorted information to calculate returns for the TS Capital Fund

A and B Class ("Capital Fund") in their claims.  The Capital Fund's reported returns were

subsequently proven fully accurate from data in the SEC's possession. While I am not allowed to

deny the SEC's prior claims, I will note that I did not have the resources to defend against them -

resulting in the default judgment they have put into collections. I feel like I have been harassed

and bullied in general, and now again am being subjected to the same for default judgment