UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BENJAMIN SCHWARZ,
CHRISTINA SCHWARZ, And
DANIEL SCHWARTZ,

                Plaintiffs,

v.

THINKSTRATEGY CAPITAL MANAGEMENT
LLC and CHETAN KAPUR,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Docket No. 09-CV-9346 (PAE)

<u>NOTICE OF MOTION</u>

---------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION

                Plaintiff,

v.

CHETAN KAPUR and LILABOC, LLC

                Defendants.

---------------------------------------------------------------x

Docket No 11-CV-9094 (PAE)

      PLEASE TAKE NOTICE that upon the annexed Declaration of Eric M. Creizman, Esq., dated July 7, 2015, the Defendant in the above-captioned actions, Chetan Kapur, will move before the Honorable Paul A. Englemayer, at the United States District Court, Southern District of New York, 40 Foley Square, Courtroom 1305, or at a date and time convenient to the Court, for an emergency stay of at least 30 days of the Court's order requiring Mr. Kapur to surrender to the United States Marshals Service and to remain incarcerated pending his purge of the contempt pursuant to the Court's Opinion and Order dated July 1, 2015, granting Plaintiffs' motion for contempt.

Dated: New York, New York
July 7, 2015

By: /s/ Eric M. Creizman
Eric M. Creizman (EC 7684)
CREIZMAN PLLC
565 Fifth Avenue, 7th Floor
New York, New York 10017

Telephone: 212.972.0200
Facsimile:  646.200.5022
Email: ecreiz@creizmanllc.com
Email: cpolisi@creizmanllc.com