USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/18/2016__

# CREIZMAN LLC

565 Fifth Avenue
7th Floor
New York, New York 10017
tel: (212) 972-0200
fax: (646) 200-5022
ecreiz@creizmanllc.com
www.creizmanllc.com

*Via ECF*

April 14, 2016

The Honorable Paul A. Engelmayer
United States District Court Judge
United States District Court
Southern District of New York
New York, New York 10007

**Re:** *Securities and Exchange Commission v. Kapur et. al*, Docket No. 11-CV-9094 (PAE), and *Schwarz et al v. Thinkstrategy Capital Management LLC et al*, Docket No. 09-CV-9346 (PAE)

Dear Judge Engelmayer:

I am writing to apologize to the Court and to the parties for my inability to dial into the April 12 conference. I understand that the Court waited for my call, which delayed the proceedings, and I apologize to everyone for the inconvenience. Unfortunately, I was driving to Hartford, Connecticut for an oral argument on an appeal and discovered that my phone had lost its charge. My car's charging mechanism was not working properly and I was under pressure to make it on time to the court of appeals for the argument.

Again, I sincerely apologize for any

I thank the Court for its consideration and understanding.

Respectfully submitted,
/s/ Eric M. Creizman
Eric Creizman (EC-7684)

cc:   Michael Roessner, Esq. and Jason Solotaroff, Esq. (by ECF)

The Court appreciates Mr. Creizman's apology.   4/18/16
SO ORDERED:

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE